```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA
                        FORT PIERCE DIVISION
                    CASE NO. 11-14050-CR-GRAHAM
```

UNITED STATES OF AMERICA

        Plaintiff,

vs.

RUBENS PUSPI,

        Defendant.
_____/

### ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

**THIS CAUSE** came before the Court upon the Defendant's request to enter a plea of guilty before a Magistrate Judge.

**THE MATTER** was referred to Magistrate Judge Frank J. Lynch, on November 9, 2011. A Report and Recommendation filed on November 23, 2011 recommended that the Defendant's plea of guilty be accepted. The Defendant and the Government were afforded the opportunity to file objections to the Report and Recommendation, however, none were filed. The Court has conducted a <u>de novo</u> review of the entire file. Accordingly, it is

**ORDERED AND ADJUDGED** that the Report and Recommendation of United States Magistrate Judge Frank J. Lynch, is hereby Adopted and Approved in its entirety. The Defendant is adjudged guilty as to Counts One, Two, Three and Five of the Indictment.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 29th day of February, 2012.

                                    /s/ Donald L. Graham
                                    DONALD L. GRAHAM
                                    UNITED STATES DISTRICT JUDGE

Copied: Magistrate Judge Frank J. Lynch
        Brian Silber, Esq.
        Diana Acosta, AUSA